

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00252-CV

| | | |
|---|---|---|
| 2016 PARKVIEW CONDOMINIUMS DEVELOPMENT, LLC, Appellant/Cross-Appellee | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-341504-23) |
| V. | § | March 28, 2024 |
| | § | Memorandum Opinion by Justice Wallach |
| OSSIE BUTTON, Appellee/Cross-Appellant | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach